George MORGAN, Appellant, v. EASTERN TRANSPORTATION COMPANY, a Corporation, and J. P. Savage, Appellees.

Circuit Court of Appeals, Fourth Circuit. January 14, 1929.

No. 2761.

J. L. Morewitz, of Newport News, Va. (Jesse L. Rosenberg, of New York City, on the brief), for appellant.

George M. Lanning, of Norfolk, Va. (Baird, White & Lanning, of Norfolk, Va., on the brief), for appellees.

Before PARKER and NORTHCOTT, Circuit Judges, and COLEMAN, District Judge.

PER CURIAM. We have carefully considered all of the questions raised by appellant, and we agree with the conclusions reached by the learned District Judge. It is not necessary that we again discuss the questions which he has so fully covered in his opinion. We do not think that libelant has established a case entitling him to recover for maintenance and cure, nor do we think that there has been a refusal or neglect without sufficient cause to pay him wages due so as to entitle him to recover double wages under section 4529 of the Revised Statutes (46 USCA § 596).

Affirmed.